■ TRIO LABORATORIES, INC., Respondent, v. COMPUTER ENERGY CORPORATION et al., Appellants, et al., Defendant.—

Rabin, P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.